UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL D. GRAY,

    Plaintiff,

v.                                        Case No. 09-C-0911

FEDEX SMARTPOST, INC.,

    Defendant.

## ORDER FOR DISMISSAL

**IT IS HEREBY ORDERED** that the above-entitled action be and hereby is dismissed against the defendant, Fedex Smartpost, Inc., on the merits, with prejudice, and without costs to any party.

**SO ORDERED** this 14th day of October 2010 at Milwaukee, Wisconsin.

                                        **BY THE COURT:**

                                        s/ William E. Callahan, Jr.
                                        WILLIAM E. CALLAHAN, JR.
                                        United States Magistrate Judge